

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00006-CR

| | | |
|---|---|---|
| Joseph Campanella | § | From the 372nd District Court |
| | § | of Tarrant County (1262830D) |
| v. | § | February 20, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By ____/s/ Lee Gabriel_____
        Justice Lee Gabriel